THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK MORSE, Appellant. [627 NYS2d 595] —Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from Judgment of Niagara County Court, Morton, J.—Hindering Prosecution, 3rd Degree.) Present—Denman, P. J., Pine, Wesley, Balio and Davis, JJ.